# UNITED STATES COURT OF INTERNATIONAL TRADE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                                              :
                                                              :
Assan Aluminyum Sanayi ve Ticaret A.S. et al                  :
                                                              :
                                                              :
              Plaintiffs,                                     :
                                                              :
      v.                                                      :   Court No. 26-02956
                                                              :
                                                              :
United States,                                                :
                                                              :
              Defendant.                                      :
                                                              :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

## ORDER OF DISMISSAL

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

Gina Justice
Clerk of the Court

By:   /s/ Stephen Swindell
Deputy Clerk

Date:  June  11,  2026
       New York, New York